1128

No. 00–6119. ROBERTS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–6142. GEORGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6303. WRIGHT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–6673. DUPUY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–6699. WILLIAMS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 00–6743. BRADLEY v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7096. JAMES v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7106. ARMSTRONG v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–7114. SUBLETT v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–7134. MARTINEZ v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7135. KENNEDY v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–7140. KECK v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7141. LUCERO v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7148. MAULDEN v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7149. JONES v. SMITH ET AL. C. A. 5th Cir. Certiorari denied.